UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE,<br><br>Plaintiff,<br><br>v.<br><br>YLM, INC. and JASON BROWN,<br><br>Defendants. | CASE NO. C12-1665 RSM<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On May 21, 2014, the Court entered an Order in this case requiring Plaintiff to show cause why default judgment should be entered in the amount claimed. *See* Dkt. #13. In lieu of a response, Plaintiff filed a Motion to Stay, requesting a stay of further proceedings in this action pending resolution of the bankruptcy of Defendant Jason R. Brown (Case No. 12-22025-MLB) and an adversary action filed by Triple B in Bankruptcy Court (Case No. 13-01097-MLB). On November 25, 2014, the Court agreed to stay the case, but ordered Plaintiff to file a status report within 90 days.

No status report was ever filed, several years passed, and on June 25, 2018, the Court issued a Minute Order for the parties to file a Joint Status Report informing the Court of the

ORDER TO SHOW CAUSE - 1

status of the case and why the stay should not be lifted. This Joint Status Report was to be filed within 14 days. The Court has not heard from the parties.

The Court finds that Plaintiff has failed to comply with a Court Order and failed to prosecute its case. In Response to this Order, Plaintiff must write a short and plain statement telling the Court why this case should not be dismissed given the above. **This Response may not exceed six (6) pages**.

The Court hereby finds and ORDERS that Plaintiff shall file this Response to this Order to Show Cause **no later than fourteen (14) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

DATED this 10 day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE