UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE, <br><br> Plaintiff, <br><br> v. <br><br> YLM, INC. and JASON BROWN, <br><br> Defendants. | CASE NO. C12-1665 RSM <br><br> ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte* and on Plaintiff's Response to the Court's prior Order to Show Cause (Dkt. #18). Dkt. #19.

This case was previously stayed pending resolution of the bankruptcy of Defendant Jason R. Brown (Case No. 12-22025-MLB) and an adversary action filed by Triple B in Bankruptcy Court (Case No. 13-01097-MLB). *See* Dkt. #18. Plaintiff was to file a status report within 90 days. No status report was ever filed, several years passed, and on June 25, 2018, the Court issued a Minute Order for the parties to file a Joint Status Report informing the Court of the status of the case and why the stay should not be lifted. The Court issued a subsequent Order to Show Cause. Dkt. #18.

ORDER TO SHOW CAUSE - 1

On July 23, 2018, Plaintiff filed a Response stating that the underlying bankruptcy matter had been resolved in 2015 and Plaintiff had simply failed to inform the Court. Dkt. #19. Plaintiff states that "this case can be dismissed and closed." *Id*.

Given the above, and after a review of the remainder of the record, the Court concludes that dismissal of this case is proper. The Court hereby finds and ORDERS that Plaintiff's claims are DISMISSED and this case is CLOSED.

DATED this 24th day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE